UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD S. BRYANT, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:15-CV-181-D |
| | ) | |
| ALGERNON L. BUTLER, III, and | ) | |
| BANK OF AMERICA, | ) | |
| | ) | |
| Appellees. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Butler's motion to dismiss and DISMISSES Bryant's appeal.

**This Judgment Filed and Entered on December 4, 2015, and Copies To:**

| | |
|---|---|
| Algernon L. Butler, III | (via CM/ECF electronic notification) |
| Hunter Everett Fritz | (via CM/ECF electronic notification) |
| D. Kyle Deak | (via CM/ECF electronic notification) |
| Ronald S. Bryant | (via US Mail to: 220 Sunrise Ridge Rd., Vilas NC 28692) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| December 4, 2015 | By: /s/ Crystal Jenkins |
| | Deputy Clerk |